MORTON COAL COMPANY, Inc., Owner of THE Barges RUTHIE M. and THE FLORENCE M., Appellee, v. THE Steam Tug S. L. CROSBY, Cornell Steamboat Company, Appellant. The Barge CITY, McLain Line, Inc., Appellee, Cornell Steamboat Company, Edward Coykendall, and American Surety Company of New York, Appellants.

No. 254.

Circuit Court of Appeals, Second Circuit.
Feb. 13, 1934.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for The S. L. Crosby.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree (4 F. Supp. 317) affirmed.

Verena Julia Alsira MUHLBERG, Appellant, v. Luther WEEDIN, U. S. Commissioner of Immigration at the Port of Seattle, Washington, Appellee.

No. 7377.

Circuit Court of Appeals, Ninth Circuit.
Jan. 29, 1934.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal in above cause dismissed for failure of appellant to file record and docket cause; mandate forthwith.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. Warren P. MILLER and Lucille W. Miller.

No. 6530.

Circuit Court of Appeals, Sixth Circuit.
Dec. 6, 1933.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellant.

Lynch, Day, Pontius & Lynch, of Canton, Ohio, for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

NATIONAL SURETY COMPANY v. THE MACCABEES.

No. 6517.

Circuit Court of Appeals, Sixth Circuit.
Feb. 8, 1934.

Stevens T. Mason, of Detroit, Mich., for appellant.

Edw. J. Jeffries, Jr., of Detroit, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.